UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CASE NO. 25-00033-CR-BRADY/TEEL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SANIA KHAN,

    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

SANIA KHAN, through undersigned counsel, respectfully requests that this Court grant her permission to travel to attend her brother's wedding in Lahore, Pakistan[1] for three weeks beginning on Friday, August 8, 2025 and returning on Sunday, August 31, 2025. In support thereof, the Defendant states as follows:

**I.  Background**

1. On June 9, 2025, the Defendant was arraigned and pled not guilty to the charges presented and maintains her innocence. On that same date, Ms. Khan was granted pretrial release under a personal surety bond with standard conditions of bond.[2]

2. The Defendant requests permission to travel to attend her brother's wedding in Lahore, Pakistan on Saturday, August 8, 2025 on American/Qatar Airways and to return on a flight departing on Friday, August 29, 2025 on American/Qatar Airways.[3]

---

[1] *See Wedding Invitation*, attached as **Exhibit A**. In accordance with cultural norms, the wedding will take place over three (3) days, August 24-26, 2025.

[2] *See* DE #8.

[3] *See Proposed Airline Itinerary*, attached as **Exhibit B**. The return flight requires approximately 30 hours of travel time. The requested travel return date of August 31, 2025 accounts for the travel time needed for the August 29, 2025 return flight.

3.  If permission is granted, the Defendant will be traveling with her husband[4] and three children and will be residing at 33C – Avenue 6, Phase 6, Defense, Lahore, Pakistan.[5]

4.  The proposed travel itinerary requires more than 30 hours of travel time.[6]

5.  The Defendant's Pretrial Services Officer is Officer Staci Riley. The Defendant previously provided Officer Riley with a Travel Permit Request Form,[7] detailing the proposed travel arrangements. Undersigned counsel conferred with Officer Riley regarding this motion. Officer Riley confirmed that Mrs. Khan is in compliance with her conditions of pretrial release. Officer Riley indicated that a response to this motion will be submitted by separate cover.

6.  Undersigned counsel has conferred with Assistant United State Attorney Anthony Geller, who advised that the government would oppose this motion.

**II.   Memorandum of Law**

Pursuant to the Standard Conditions of Bond (DE #8), the Defendant may not travel outside the Northern District of Indiana unless otherwise approved by the Court prior to any such travel.

**III.   Argument**

**Compelling circumstances exist which support the Defendant's request for permission to travel.**

The wedding is a major life event and a religious event, and is scheduled to occur over three days in accordance with Ms. Khan's culture. The wedding begins on Thursday, August 24, 2025 with the Nikkah Ceremony, continues on Friday with the Barat Ceremony, and concludes on Saturday, August 26, 2025 with the Walima Ceremony.[8]

---

[4] If approved, her husband will join on August 23, 2025 and return with Ms. Khan on a flight departing on August 29, 2025.
[5] This is Ms. Khan's mother's address.
[6] *See* **Ex. B**.
[7] *See Travel Permit Request Form* with attachments, dated July 22, 2025, attached as **Exhibit C**.
[8] *See Explanation of Religious Traditions at* https://www.theknot.com/content/muslim-wedding-ceremony-rituals.

CASE NO. 25-00033-CR-BRADY/TEEL

The Defendant requests permission to travel to her brother's wedding in Lahore, Pakistan from August 8, 2025 through August 31, 2025. Particularly, the Defendant requests approval to arrive in advance to accommodate jet lag from 30 hours of travel time, to assist her 70-year-old mother with wedding preparations, and to attend the three (3) days of events for her brother's wedding. After the wedding, the Defendant would return to the Northern District of Indiana on a flight departing on August 29, 2025.

The presumption of innocence currently accompanies the Defendant. To the extent the Court would require financial collateral be secured to aid consideration of this request to travel, the Defendant is willing to make the necessary arrangements to satisfy any and all acceptable travel bond requirements to facilitate her attendance at her brother's wedding.

WHEREFORE, the Defendant respectfully requests that this Motion to Travel be granted, that Mrs. Khan's United States passport be returned to her for the purpose of allowing this travel, and require the return of the passport to Pretrial Services no later than September 1, 2025.

Respectfully submitted,

/s/ Daniel F. Rubio
Daniel F. Rubio, Esq.
Florida Bar #: 1002594
Rubio, Rubio, & Rubio, PLLC
1107 N.E. 104th Street
Miami Shores, FL 33138
Tel: (305) 892-5297
DRubio37@gmail.com

3

CASE NO. 25-00033-CR-BRADY/TEEL

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7-5(a), *N.D. Ind. L.R.*, undersigned counsel requests oral argument to aid consideration of this motion's requested relief. A hearing would facilitate discussion of variables such as acceptable travel time and potential travel bond consideration. Also, a hearing would be necessary to respond to objections in detail at a hearing for this motion. Undersigned counsel anticipates 5 minutes would be needed for the hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Courts through the CM/ECF system and that a correct copy has been furnished to the Office of the United States Attorney on this 24th day of July, 2025. Also, a copy of this motion has been emailed to U.S. Probation Officer Staci Riley, at Staci_Riley@innp.uscourts.gov.

        Respectfully submitted,

        /s/ Daniel F. Rubio
        Daniel F. Rubio, Esq.
        Florida Bar #: 1002594

4