UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No.   1:25-CR-33 |
| | ) | |
| SANIA KHAN | ) | |

## RESPONSE TO MOTION FOR PERMISSION TO TRAVEL

Comes now the United States of America, by its counsel, M. Scott Proctor, Acting United States Attorney for the Northern District of Indiana, through Anthony W. Geller, Assistant United States Attorney, and requests for the Court to deny the Defendant's request for international travel while on pretrial release. As mentioned in the Defendant's motion, the government objects to this motion.

In her motion, the Defendant has requested the Court's permission to travel internationally to Pakistan for three weeks from August 8 through August 29, 2025. Because of her significant ties to a foreign country, the Court originally placed certain conditions on the Defendant's pretrial release, including typical travel restrictions and the surrender of her passport. These conditions are reasonable restrictions balancing the presumption of innocence and the public's interest in assuring the Defendant's appearance in court to answer the charges brought by the grand jury.

As the Court is aware, the grand jury found probable cause to believe that the Defendant was engaged in fraud and obstruction of justice, which adds a significant element of concern with her current request. If the Court grants this request, the Defendant will be unsupervised in a foreign country for three weeks, and she will be in a corner of the world where extradition to the United States is difficult and problematic. Based on the indictment, she perpetrated a fraud scheme right under the nose of her husband, using his medical license and credentials. With the Defendant perpetrating a scheme of fraud and deception at their medical practice for over five years, his value as a third-party custodian is highly suspect.

In addition to the fraud schemes, the Defendant is charged with many counts involving false statements in medical records and altering medical records to conceal her misconduct. It is difficult to take her word for anything at this point. After receiving appropriate legal process demanding records, the Defendant chose a path of deception and deliberate obstruction of justice. The Defendant therefore ignored an appropriate legal demand, avoided her legal obligations, and tried to cover her tracks, even enlisting the help of another to do so. Finally and recently in August of 2024, as shown in Count 20, the Defendant attempted to prevent the testimony of a witness in an official court proceeding, a further effort at concealment. The nature and circumstances of the offenses described in the indictment therefore demonstrate that the Court

has already achieved the appropriate balance, allowing the Defendant pretrial release while imposing restrictions to ensure her appearance. If the Court is inclined to grant this request, the Court should at least reduce the amount of time overseas reasonably to assure the Defendant's appearance in court; in other words, three weeks is too long.

As a final matter, the Defendant is facing significant potential consequences for her offense conduct, which only increases her risk of flight and the need for pretrial release restrictions. She now faces a maximum sentence of 10 years on the fraud counts, and she faces a maximum sentence of 20 years on the obstruction counts. The stakes are real for her at this point, and this only adds to her being a flight risk in a foreign country.

WHEREFORE, the United States of America objects to the Defendant's request.

> Respectfully submitted,
>
> M. SCOTT PROCTOR
> ACTING UNITED STATES ATTORNEY
>
> BY:  /s/Anthony W. Geller
> Anthony W. Geller
> Assistant United States Attorney
> E. Ross Adair Federal Building and
>   United States Courthouse
> 1300 South Harrison Street, Room 3128
> Fort Wayne, IN  46802
> Tel:  (260) 422-2595
> Fax:  (260) 426-1616
> Email: Anthony.Geller@usdoj.gov