UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CASE NO. 25-00033-CR-BRADY/COLLINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SANIA KHAN,

    Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL AND ASSOCIATED DEADLINES**

Sania Khan, through undersigned counsel, pursuant to Local Rule 47-1, *N.D. Ind. L. Cr. R.*, hereby moves to continue the trial and associated deadlines and hearings in this matter. Ms. Khan states the following in support of this motion.

1. On May 28, 2025, Ms. Khan was indicted and charged with twenty counts, including:

    a. health care fraud, in violation of 18 U.S.C. § 1347;

    b. obstruction of justice, in violation of 18 U.S.C. § 1519;

    c. false statements, in violation of 18 U.S.C. § 1035;

    d. sale of a sample drug, in violation of 18 U.S.C. § 331(t); and

    e. witness tampering, in violation of 18 U.S.C. § 1512(b)(1).

2. Trial is currently scheduled to begin on February 3, 2026. A final pretrial conference is set for January 20, 2026. The plea deadline without a plea agreement is January 6, 2026; any plea agreement is due to be filed by January 13, 2026. Expert disclosures are due on January 20, 2026. Pretrial motions are due January 6, 2026.

3. On June 30, 2025, Ms. Khan received the initial production of substantial discovery in this matter—approximately 105,000 documents.

4. On November 7, 2025, Ms. Khan received a second production of substantial discovery in this matter—approximately 15,000 documents.

5. Today, December 11, 2025, Ms. Khan received a third production of discovery, which must be organized and reviewed. Undersigned counsel is working with counsel for the government, Anthony W. Geller, to facilitate the production of any additional remaining government discovery.

6. Ms. Khan is therefore requesting that the pretrial motions deadline currently set for January 6, 2025, be continued 90 days. Once all of the discovery is produced, Ms. Khan, with defense counsel, will need time to review it and to determine the appropriate course of action—including which motions to file; which experts to consult; and how best to resolve the case.

7. The remaining discovery in this matter will be voluminous and defense counsel will need time to review it before filing any pretrial motions. Ms. Khan further requests that all other deadlines, including the trial date, be moved 90 days accordingly.

8. In accordance with 18 U.S.C. § 3161(h)(7), such a continuance is consistent with the interests of justice, including ensuring effective representation to which Ms. Khan is entitled under the Sixth Amendment.

9. Ms. Khan, pursuant to 18 U.S.C. § 3161, does hereby waive her right to a speedy trial for any time granted in response to this motion.

10. Undersigned counsel has conferred with counsel for the government, Anthony W. Geller, who represented that the government does not oppose the relief requested.

[THIS SPACE INTENTIONALLY LEFT BLANK. SEE PAGE 3 FOR CONTINUATION.]

CASE NO. 25-00033-CR-BRADY/COLLINS

WHEREFORE the defendant, Sania Khan, respectfully requests this Court to continue the pretrial motions deadline 90 days, and to continue her trial and other related hearings and deadlines accordingly.

Respectfully submitted,

/s/ Daniel F. Rubio
Daniel F. Rubio, Esq.
Florida Bar #: 1002594
Rubio, Rubio, & Rubio, PLLC
1107 N.E. 104th Street
Miami Shores, FL 33138
Tel: (305) 892-5297
DRubio37@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Courts through the CM/ECF system and that a correct copy has been furnished to the Office of the United States Attorney on this 11th day of December, 2025.

Respectfully submitted,

/s/ Daniel F. Rubio
Daniel F. Rubio, Esq.
Florida Bar #: 1002594