UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                Cause No. 1:25-CR-33

SANIA KHAN,

      Defendant.

_____

### NOTICE OF APPEARANCE

Notice is hereby given that attorney Richard C. Klugh appears as co-counsel

for defendant Sania Khan, for purposes of district court representation only.

                Respectfully submitted,

                KLUGH WILSON LLC
                40 N.W. 3rd Street, PH 1
                Miami, Florida 33128
                Tel. (305) 536-1191
                Fax (305) 536-2170

By:   s/ Richard C. Klugh
        Richard C. Klugh, Esq.
        Florida Bar No. 305294
        E-mail: rklugh@klughwilson.com