UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:25-CR-33 |
| | ) | |
| SANIA KHAN | ) | |

## MOTION TO WITHDRAW APPEARANCE

Comes now the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Anthony W. Geller, Assistant United States Attorney, and respectfully moves to withdraw his appearance from Case No. 1:25-CR-33.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

BY:  */s/ Anthony W. Geller*
Anthony W. Geller
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: anthony.geller@usdoj.gov