UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )        CAUSE NO. 1:25-CR-33
                            )
SANIA KHAN                  )

## MOTION TO WITHDRAW APPEARANCE

Comes now the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Thomas M. McGrath, Assistant United States Attorney, and respectfully moves to withdraw his appearance from Case No. 1:25-CR-33.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

BY:   */s/ Thomas M. McGrath*
      Thomas M. McGrath
      Assistant United States Attorney
      United States Attorney's Office
      Northern District of Indiana
      5400 Federal Plaza, Suite 1500
      Hammond, IN   46320
      Tel:   (219) 937-5500
      Fax:   (219) 952-2770
      Email:   thomas.m.mcgrath@usdoj.gov