**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:25-CR-33-HAB |
| | ) | |
| SANIA KHAN | ) | |

**ORDER**

This matter is before the Court on the Defendant's fifth Joint Motion to Continue Trial and Associated Deadlines [ECF No. 38], filed on June 10, 2026. The pretrial motions deadline is June 16, 2026. The five (5) day jury trial in this matter is currently scheduled to begin on July 14, 2026, and a final pretrial conference is set for June 30, 2026. Defendant's counsel requests an additional thirty (30) days as counsel needs to finalize witness availability, finalize logistical arrangements for travel to Fort Wayne and to comply with the Court's deadlines. The Government does not object to the Defendant's request for a continuance. The Defendant has no objection to a continuance. The parties understand that the period of delay resulting from this continuance will be excluded under the Speedy Trial Act.

The Court finds that the ends of justice served by granting this Motion outweigh the public's and the Defendant's interests in a speedy trial, particularly because a failure to grant such a continuance would deny counsel for the Defendant the reasonable time necessary to review discovery and effectively prepare for trial, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court, being duly advised, GRANTS the Defendant's Motion to Continue [ECF No. 38]. All trial-related deadlines and hearing dates are VACATED. The final pretrial conference is RESET to July 30, 2026 at 11:00 AM before Chief Judge Holly A. Brady. Counsel only to appear.

The five (5) day jury trial is RESET to begin on August 11, 2026 at 10:00 AM before Chief Judge Holly A. Brady. Any reports required under FRCP 16(a)(1)(G) must be exchanged on or before July 30, 2026. The deadline for parties to file a plea agreement is July 23, 2026. The deadline for parties to file a plea without a plea agreement is July 16, 2026. The deadline for parties to file pretrial motions or a motion to continue trial-related deadlines is July 16, 2026. A defense motion must include the appropriate reference to the Speedy Trial Act, the proposed length of any requested continuance, the position of the Government, and an indication of agreement by the Defendant and the position of Co-Defendants, if any.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

SO ORDERED on June 11, 2026.

 s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT