**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cause No. 1:25-CR-33-HAB-ALT |
| v. | ) |
| | ) |
| SANIA KHAN | ) |

## Government's Unopposed Motion to Reschedule Final Pretrial Conference

Comes now the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Kevin Wolff and Francis Sohn, Assistant United States Attorneys, and moves the Court for an order resetting the final pretrial conference. In support of the motion, the Government states the following:

1. On April 24, 2026, AUSA Sohn entered his appearance in this matter, along with former AUSA Thomas M. McGrath. On the same day, AUSA Anthony Geller's appearance was withdrawn. On May 6, 2026, former AUSA McGrath's appearance was withdrawn.

2. On June 11, 2026, AUSA Wolff entered his appearance in this matter. On the same day, the Court entered an order continuing the trial to August 11, 2026. In that order, the Court set the final pretrial conference for July 30, 2026.

3.      The Government respectfully requests that the Court reschedule the final pretrial conference to a date during the week of July 20, 2026 (including July 20th, 21st, 23rd, or 24th). The current date of July 30, 2026 conflicts with a pre-planned out-of-town vacation for AUSA Wolff.

4.      The undersigned counsel has conferred with Daniel F. Rubio, counsel for the Defendant, who informed the government that the defense had no objection to this request.

**WHEREFORE**, for the reasons stated above, the government requests that the final pretrial conference in this case be rescheduled to a date during the week of July 20, 2026.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:    */s/ Kevin Wolff*
Kevin Wolff
Francis Sohn
Assistant United States Attorneys
United States Attorney's Office
5400 Federal Plaza
Hammond, Indiana 46320
Tel:  (219) 937-5500

2